| | |
|---|---|
| Robert F. McCauley (SBN 162056)<br>robert.mccauley@finnegan.com<br>Arpita Bhattacharyya (SBN 316454)<br>arpita.bhattacharyya@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>  **GARRETT & DUNNER, LLP**<br>3300 Hillview Avenue<br>Palo Alto, California 94304<br>Telephone:   (650) 849-6600<br>Facsimile:    (650) 849-6666<br><br>Virginia L. Carron (*pro hac vice*)<br>virginia.carron@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>  **GARRETT & DUNNER, LLP**<br>271 17th Street, NW<br>Suite 1400<br>Atlanta, GA 30363-6209<br>Telephone:   (404) 653-6400<br>Facsimile:    (404) 653-6444<br><br>*Attorneys for Defendant*<br>*Molex, LLC* | Jo Dale Carothers (SBN 228703)<br>jcarothers@weintraub.com<br>Eric A. Caligiuri (SBN 260442)<br>ecaligiuri@weintraub.com<br>**WEINTRAUB TOBIN CHEDIAK**<br>  **COLEMAN GRODIN**<br>**LAW CORPORATION**<br>475 Sansome Street, Suite 510<br>San Francisco, CA 94111<br>Telephone:   415.433.1400<br>Facsimile:    415.433.3883<br><br>*Attorneys for Plaintiff*<br>*Applied Optoelectronics, Inc.* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| APPLIED OPTOELECTRONICS, INC.,<br><br>                 Plaintiff,<br><br>          v.<br><br>MOLEX, LLC,<br><br>                 Defendant. | CASE NO. 4:23-cv-04787-JST<br><br>**STIPULATION TO STAY CASE FOR 30 DAYS; [PROPOSED] ORDER** |

Plaintiff Applied Optoelectronics, Inc ("AOI") and Defendant Molex, LLC ("Molex") hereby stipulate and respectfully submit this request to the Court to stay all deadlines in the case for 30 days to give the parties time to draft, finalize, and sign a settlement agreement. The parties have settled in principle all matters in controversy in the action.

AOI and Molex recognize that in response to the parties' last request for continuance, the Court said that it is "unlikely to grant any further requests for continuance." Dkt. 39. But given that the parties have reached a settlement in principle, the parties respectfully request the Court to stay the pending deadlines for 30 days in order to file dismissal papers.

Dated: April 5, 2024

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By: */s/ Robert F. McCauley*
Robert F. McCauley
*Attorneys for Defendant Molex, LLC*

Dated: April 5, 2024

WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN

By: */s/ Jo Dale Carothers*
Jo Dale Carothers
*Attorneys for Plaintiff Applied Optoelectronics, Inc.*

**ATTESTATION**

Counsel for Defendant Molex, LLC hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for Plaintiff Applied Optoelectronics, Inc.

Dated: April 5, 2024

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By: */s/ Robert F. McCauley*
Robert F. McCauley
*Attorneys for Defendant Molex, LLC*

**PROPOSED] ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, the case will be stayed for thirty days.

Dated: _____          _____
                                            The Honorable Jon S. Tigar
                                            United States District Court Judge
                                            Northern District of California